## Commonwealth *v.* Berry, Appellant.

Submitted April 12, 1971.  *Stephen I. Goldring* and *John*

*J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.